McKEENAN *versus* THISSEL *&* al.

A contractor agreed to do a prescribed work for L, and employed laborers to work upon it at his own credit. That the work might not stop, L, *with the consent of the contractor*, promised the laborers, that, if they would continue to labor, he would pay their wages for the past as well as for the future; provided the funds in his hands, belonging to the contractor should be sufficient. *Held*, the promise was not within the statute of frauds, or without legal consideration.